UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN HARDIN,
    Plaintiff,

v.

REGINALD GOWAN, et al.,
    Defendants.

Case No. 14-cv-02690-JSC

**ORDER OF TRANSFER**

(Dkt. Nos. 6, 8)

    Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1]  Plaintiff is located at California State Prison, Corcoran, but he complains about medical and dental care he received at California State Prison, Solano, by officials located there.

    When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

    Plaintiff's allegations arise out of events occurring at Solano, and the allegedly responsible officials are located there. Solano County lies within the venue of the United

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. No. 7.)

States District Court for the Eastern District of California.  *See* 28 U.S.C. § 84.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer this matter forthwith.  In light of this transfer, the Court defers to the Eastern District for ruling on the application to proceed in forma pauperis and the motion for copies.  The Clerk shall terminate docket numbers 6 and 8 from this Court's docket.

**IT IS SO ORDERED.**

Dated: July 29, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2