1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN HOSEA HARDIN,                        No.  2:14-cv-01796-JAM-EFB P

12                    Plaintiff,

13            v.                                  ORDER

14    REGINALD GOWANS, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 5, 2017, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire

26    file, the court finds the findings and recommendations to be supported by the record and by

27    proper analysis.

28    /////

                                                    1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed September 5, 2017, are adopted in full;

3      2.  Defendant's February 27, 2017 motion to dismiss (ECF No. 50) is granted; and

4      3.  The Clerk is directed to close the case.

5      It is so ordered.

6 DATED: 12/19/2017

7                  /s/ John A. Mendez_____

8                  UNITED STATES DISTRICT COURT JUDGE